UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NANCY HASKELL, | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   1:11-cv-289-GZS |
| | ) |
| SOCIAL SECURITY ADMINISTRA-TION COMMISSIONER, | ) |
| | ) |
| **Defendant** | ) |

ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 19) filed April 24, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's EAJ Application (ECF No. 16) is **GRANTED** in the amount of $3,375.38.

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 15th day of May, 2012.